# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| BRYAN KANU, | : | CASE NO. 1:19CV806 |
| Plaintiff, | : | Judge Cole |
| v. | : | Magistrate Judge Bowman |
| STEPHANIE RHOADS f/k/a STEPHANIE MALOF, | : | **[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS** |
| Defendant. | : | |
| | : | |

_____

Pursuant to Fed. R. Civ. P. 12(c), Defendant's Motion for Judgment on the Pleadings is GRANTED. For the reasons stated in Defendant's Motion, Plaintiffs' claims are DISMISSED, with prejudice.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE