# EXHIBIT 2

| | |
|---|---|
| Case Number: | /17/CRB/16366 |
| Court: | Municipal Criminal/Traffic |
| Common Pleas Case Number: | |
| Case Caption: | STATE OF OHIO vs. BRYAN KANU |
| Judge: | TYRONE YATES |
| Filed Date: | 06/15/2017 |
| Case Type: | - |
| Race: | BLACK - AFRICAN AMERICAN |
| Sex: | M |
| Age: | 31 |
| Date of Birth: | 10/14/1988 |
| Bond Amount: | 10000 10% AND EMU |
| Count: | TELECOMMUNICATIONS HARASSMENT 2917-21B ORCN |
| Disposition: | 02/07/2020 - SENTENCE REVIEWED, CONFINED |

| Case Number | Section | Date Filed | Party Name | Date of Birth | Amt | Notes | |
|---|---|---|---|---|---|---|---|
| /17/CRB/16366 | 2917-21B | 06/15/2017 | KANU/BRYAN | 10/14/1988 | $934.00 | **Due Now!** | Add to Cart |

Case History

Show All Rows

| Date | Description | Amount |
|---|---|---|
| 03/10/2020 | MOTION TO MITIGATE MOTION TO MITIGATE AND HEARING REQUESTED /17/CRB/16366 | |
| 02/07/2020 | SENTENCE REVIEWED, CONFINED /17/CRB/16366 | |
| 02/04/2020 | MOTION TO MODIFY /17/CRB/16366 | |
| 02/04/2020 | MOTION DEFENSES REQUEST FOR COURT TO APPOINT R.H. AS STAND BY COUNSEL FOR SENTENCING HEARING /17/CRB/16366 | |
| 01/29/2020 | MOTION TO MODIFY /17/CRB/16366 | |
| 01/16/2020 | DEFENSES MOTION TO EXTEND STAY OF EXECUTION OF SENTENCE PENDING APPEAL /17/CRB/16366 | |
| 01/16/2020 | MOTION TO MODIFY /17/CRB/16366 | |
| 01/09/2020 | COPY OF NOTICE OF APPEAL TO THE SUPREME COURT OF OHIO FILED 01/08/2020 S.C.# 2020-0037 (C 1800585) | |
| 10/09/2019 | JUDGMENT ENTRY AFFIRMED (C 1800585) | |
| 10/09/2019 | MANDATE OF AFFIRMANCE /17/CRB/16366 | |
| 10/12/2018 | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY & STATE'S DEMAND FOR DISCOVERY | |
| 10/11/2018 | NOTICE OF APPEAL FILED C1800585 /17/CRB/16366 | |
| 10/10/2018 | APPEAL FEE PAID RECEIPT # 201803005890 PAID: $15.00 /17/CRB/16366 | |
| 10/10/2018 | UNDER APPEAL /17/CRB/16366 | |
| 10/09/2018 | MOTION DEFENSES AMENDED MOTION TO DISMISS C17CRB17911 WITH PREJUDICE FOR PROSECUTORIA MISCONDUCT OR TO DISMISS FOR LACK OF SUFFICIENT CREDIBLE EVIDENCE TO SUSTAIN A CONVICTION /17/CRB/16366 | |

| Date | Description | Amount |
|---|---|---|
| 10/09/2018 | MOTION DEFENDANTS MOTION FOR RECONSIDERATION OF COURTS DECISION TO DENY DEFENSES PRETRIAL MOTIONS IN C17CRB17911 /17/CRB/16366 | |
| 10/09/2018 | MOTION DEFENSES AMENDED MOTION TO DISMISS C/17/CRB/17911 WITH PREJUDICE FOR PROSECUTORIAL MISCONDUCT OR TO DISMISS FOR LACK OF SUFFICIENT CREDIBLE EVIDENCE TO SUSTAIN A CONVICTION /17/CRB/16366 | |
| 10/09/2018 | MOTION DEFENDANTS MOTION FOR RECONSIDERATION OF COURTS DECISION TO DENY DEFENSES PRETRIAL MOTIONS ON CASE C/17/CRB/17911 /17/CRB/16366 | |
| 10/04/2018 | MOTION MOTION TO QUASH SUBPOENA DIRECTED TO ASSISTANT PROSECUTING ATTORNEY ELIZABETH V POLSTON /17/CRB/16366 | |
| 10/04/2018 | CONVICTED BY COURT /17/CRB/16366 | |
| 10/04/2018 | SENTENCED COUNT A: TELECOMMUNICATIONS HARASSMENT CONFINEMENT: 180 DAYS , CREDIT 35 DAYS 8COMMITTED/FINES COST: $110 FINES: $750 PD APP FEES: $25 SUBPOENAS ISSUED FEE: $78 /17/CRB/16366 | |
| 10/03/2018 | MOTION IN LIMINE /17/CRB/16366 | |
| 10/03/2018 | SUBPOENA ISSUED TO STEPHANIE MALOF /17/CRB/16366 | |
| 09/28/2018 | REQUEST FOR OFFICIAL TIME TO BRING TO TRIAL REPORT HEARING /17/CRB/16366 | |
| 09/28/2018 | SUBPOENA RETURN, WITNESS SERVED AT USUAL PLACE OF RESIDENCE/EMPLOYMENT TODD PLOEHS | |
| 09/28/2018 | SUBPOENA RETURN MICHAEL BACHMAN | |
| 09/28/2018 | SUBPOENA RETURN, WITNESS NOT FOUND MICHAEL BACHMAN | |
| 09/27/2018 | DEMAND FOR DISCOVERY /17/CRB/16366 | |
| 09/26/2018 | SUBPOENA RETURN, WITNESS NOT FOUND MICHAEL BACHMAN /17/CRB/16366 | |
| 09/26/2018 | SUBPOENA RETURN STEPHANIE MALOF | |
| 09/26/2018 | SUBPOENA ISSUED TO MICHAEL BACHMAN /17/CRB/16366 | |
| 09/25/2018 | SUBPOENA ISSUED TO KIMBERLY S LOWRY /17/CRB/16366 | |
| 09/25/2018 | SUBPOENA ISSUED TO KIMBERLY S LOWRY /17/CRB/16366 | |
| 09/24/2018 | DEFENDANT'S DEMAND FOR DISCOVERY /17/CRB/16366 | |
| 09/21/2018 | SUBPOENA ISSUED TO KIMBERLY S LOWRY /17/CRB/16366 | |
| 09/21/2018 | MOTION DEFENDANT'S REQUEST FOR PRE-TRIAL MOTION TO DISMISS HEARING /17/CRB/16366 | |
| 09/21/2018 | SUBPOENA ISSUED TO TODD PLOEHS | |
| 09/21/2018 | SUBPOENA ISSUED TO STEPHANIE MALOF /17/CRB/16366 | |
| 09/21/2018 | SUBPOENA ISSUED TO ELIZABETH POLSTON /17/CRB/16366 | |
| 09/17/2018 | SUBPOENA RETURN, WITNESS SERVED AT USUAL PLACE OF RESIDENCE/EMPLOYMENT STEPHANIE MAY LOFF | |
| 09/13/2018 | REQUEST FOR BILL OF PARTICULARS /17/CRB/16366 | |
| 09/13/2018 | MOTION MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS /17/CRB/16366 | |
| 09/13/2018 | DEFENDANT'S DEMAND FOR DISCLOSURE OF FAVORABLE EVIDENCE /17/CRB/16366 | |

| Date | Description | Amount |
|---|---|---|
| 09/13/2018 | MOTION REQUEST FOR EXPLICIT SEPARATION AND EXCLUSION OF WITNESSES ORDER /17/CRB/16366 | |
| 09/13/2018 | REQUEST FOR NOTICE OF INTENTION TO USE EVIDENCE /17/CRB/16366 | |
| 09/13/2018 | SUBPOENA ISSUED TO STEPHANIE MALOF /17/CRB/16366 | |
| 08/23/2018 | MOTION DEFENDANTS MOTION FOR RECONSIDERATION OF COURTS DECISION TO DENY DEFENSES PRE TRIAL MOTIONS /17/CRB/16366 | |
| 08/23/2018 | SUBPOENA ISSUED TO STEPHANIE MALOF /17/CRB/16366 | |
| 08/16/2018 | MOTION TO SUPPRESS /17/CRB/16366 | |
| 08/16/2018 | MOTION TO SUPPRESS /17/CRB/16366 | |
| 08/13/2018 | SUBPOENA RETURN STEPHANIE MALOF /17/CRB/16366 | |
| 08/09/2018 | MOTION TO DISMISS /17/CRB/16366 | |
| 08/09/2018 | MOTION TO DISMISS /17/CRB/16366 | |
| 08/08/2018 | SUBPOENA ISSUED TO STEPHANIE MALOF /17/CRB/16366 | |
| 06/07/2018 | MOTION MOTION IN LIMINE TO EXCLUDE LAW ENFORCEMENT RECORDS /17/CRB/16366 | |
| 06/07/2018 | MOTION MOTION IN LIMINE TO PROHIBIT VICTIM IMPACT EVIDENCE /17/CRB/16366 | |
| 03/30/2018 | ENTRY EXTENDING TIME PROVISIONS /17/CRB/16366 | |
| 03/28/2018 | TIME WAIVED FROM 03/28/2018 TO 04/27/2018 | |
| 03/23/2018 | CRIMINAL 10% BOND DEPOSIT I ENYI KANU /17/CRB/16366 | 1054.00- |
| 03/23/2018 | BOND POSTED IN THE AMOUNT OF $10,000.00 MCR TEN PERCENT I ENYI KANU, ; RECEIPT: 181400000281 /17/CRB/16366 | |
| 03/23/2018 | ENTRY SETTING BOND /17/CRB/16366 | |
| 03/23/2018 | MOTION TO AMMEND BOND ORDER. /17/CRB/16366 | |
| 03/23/2018 | SUBPOENA ISSUED TO STEPHANIE MALOF /17/CRB/16366 | |
| 03/22/2018 | DESIGNATION OF TRIAL ATTORNEY. PUBLIC DEFENDER ASSIGNED. ASSESS PUBLIC DEFENDER FEE. /17/CRB/16366 | |
| 02/23/2018 | ENTRY SETTING BOND /17/CRB/16366 | |
| 01/24/2018 | TIME WAIVED FROM 01/24/2018 TO 02/23/2018 | |
| 01/18/2018 | MOTION TO SUPPRESS /17/CRB/16366 | |
| 01/02/2018 | JUDGE ASSIGNED CASE ROLLED TO YATES/TYRONE PRIMARY | |
| 01/02/2018 | ADMINISTRATIVE JUDGE'S ENTRY /17/CRB/16366 | |
| 12/27/2017 | MOTION DEFENDANT'S MOTION FOR DISMISSAL WITH PREJUDICE FOR PROSECUTORIAL MISCONDUCT /17/CRB/16366 | |
| 12/26/2017 | MOTION DEFENDANT'S OBJECTION TO MOTION FOR COMPETENCY EVALUATION REQUEST BY STATE /17/CRB/16366 | |
| 12/26/2017 | MOTION TO SUPPRESS /17/CRB/16366 | |
| 12/22/2017 | ENT OF CONTINUANCE | |
| 12/22/2017 | MOTION FOR CONTINUANCE /17/CRB/16366 | |
| 12/18/2017 | STATE'S MOTION FOR COMPETENCY EVALUATION OF DEFENDANT /17/CRB/16366 | |
| 11/09/2017 | PRESERVATION OF EVIDENCE /17/CRB/16366 | |
| 11/09/2017 | DEMAND FOR DISCOVERY /17/CRB/16366 | |
| 11/02/2017 | MOTION GRANTED /17/CRB/16366 | |

| Date | Description | Amount |
|---|---|---|
| 10/03/2017 | SUBPOENA RETURN, WITNESS SERVED AT USUAL PLACE OF RESIDENCE/EMPLOYMENT STEPHANIE MALOF | |
| 09/29/2017 | SUBPOENA ISSUED TO STEPHANIE MALOF /17/CRB/16366 | |
| 08/22/2017 | STATE'S RESPONSE TO DEFENDANT'S STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY /17/CRB/16366 | |
| 08/15/2017 | MOTION FOR DISCOVERY /17/CRB/16366 | |
| 06/28/2017 | RECORD OF APPEARANCE OF COUNSEL AND ENTRY OF PLEA (WRITTEN PLEA) /17/CRB/16366 | |
| 06/28/2017 | TIME WAIVED FROM 06/28/2017 TO 07/28/2017 | |
| 06/28/2017 | JUDGE ASSIGNED CASE ROLLED TO RUCKER/FANON/A PRIMARY | |
| 06/15/2017 | PROBABLE CAUSE CHECKLIST /17/CRB/16366 | |
| 06/15/2017 | COMPLAINT FILED. /17/CRB/16366 | |
| 06/15/2017 | WARRANT FILED. /17/CRB/16366 | |
| 06/15/2017 | AFFIDAVIT FILED. /17/CRB/16366 | |
| 06/15/2017 | CITED | |
| 06/15/2017 | ARREST DATE/TIME (Arrest does not necessarily mean physical arrest, but may just be the issuance of a citation.) | |
| 05/23/2017 | WHEN OCCURED DATE/TIME | |