# EXHIBIT 4

| Case Number: | 19CV00932 |
|---|---|
| Court: | Municipal Civil |
| Case Caption: | BRYAN KANU vs. STEPHANIE MALOF |
| Judge: | CURT KISSINGER |
| Filed Date: | 01/10/2019 |
| Case Type: | F-CONTRACT OR MONEY ON ACCOUNT |
| Amount: | 1998.2 |
| Disposition: | 03/12/2019 - DISMISSED |

Case Costs & Disbursements

| Quantity | Amount | Total | Description |
|---|---|---|---|
| 1 | $90.00 | $90.00 | CIVIL SUIT |
| 1 | $10.00 | $10.00 | NEW SERVICE - CERTIFIED MAIL |
| 1 | $5.00 | $5.00 | ORDINARY MAIL WAIVER |
| 1 | $5.00 | $5.00 | MOTION |
| | | 110.00 | PLAINTIFF - P0 COSTS |
| 1 | $5.00 | $5.00 | ORDINARY MAIL |
| | | 5.00 | DEFENDANT - D1 COSTS |

Case History

[Show All Rows]

| Date | Description | Amount |
|---|---|---|
| 05/03/2019 | DECISION AND ENTRY STRIKING PLAINTIFF'S SECOND MOTION FOR RECONSIDERATION  JUDGE CURT KISSINGER | |
| 04/23/2019 | PLAINTIFF'S REQUEST FOR RECONSIDERATION, FILED | |
| 04/17/2019 | ENTRY OVERRULING PLAINTIFF'S MOTION FOR NEW TRIAL/RELIEF OF JUDGMENT . JUDGE: CURT KISSINGER MAGISTRATE: | |
| 04/16/2019 | FOR A GOOD CAUSE SHOWN THIS ACTION IS CONTINUED UNTIL 04-24-19 , ROOM 124 AT 02:00 P.M. FOR CONFERENCE JUDGE: CURT KISSINGER MAGISTRATE: | |
| 03/15/2019 | PLAINTIFF'S MOTION FOR NEW TRIAL AND/OR RELIEF FROM JUDGEMENT | |
| 03/12/2019 | THIS ACTION IS HEREBY DISMISSED WITHOUT PREJUDICE AT PLAINTIFF'S COSTS. JUDGE: CURT KISSINGER MAGISTRATE:  DEFENDANT'S MOTION TO DISMISS IS GRANTED. SEE ENTRY FOR JUDGE'S DECISION | |
| 02/11/2019 | FAILURE OF CERTIFIED MAIL SERVICE:UNCLAIMED. SUMMONS RETURNED ON 02-11-19 ADDRESSEE: STEPHANIE MALOF ORDINARY MAIL ISSUED. CERT OF MAILING FILED. APPEARANCE AND ANSWER DATE: 03-11-19  [CERTIFIED MAIL NBR.: 7194 5168 6312 5662 2392] | |
| 02/08/2019 | PLTFS REQUEST TO DENY DEFS MOTION TO DISMISS, FILED | |
| 02/06/2019 | JUDGE ASSIGNED CASE ROLLED TO KISSINGER/CURT PRIMARY | |
| 02/04/2019 | ANSWER OF DEFENDANT FILED DEFENDANT: STEPHANIE MALOF DEFENDANT: DEFENDANT:  WITH MOTION TO DISMISS | |
| 01/14/2019 | CERTIFIED MAIL SERVICE [CERTIFIED MAIL NBR.: 7194 5168 6312 5662 2392] | |
| 01/14/2019 | SUMMONS ISSUED | |

| Date | Description | Amount |
|------|-------------|--------|
| 01/10/2019 | COMPLAINT FILED | |