# EXHIBIT 6

2917.21 (B) TELECOMMUNICATION HARASSMENT [M1][F5]

CASE NO. 17-crb-16366

# COMPLAINT
## HAMILTON COUNTY MUNICIPAL COURT

STATE OF OHIO vs. Bryan Kanu

2663 Wendee Dr #1919

Cinti., Ohio 45238

P.O. T. Ploehs #P433, being first duly cautioned and sworn, deposes and says that

Bryan Kanu on or about 05-23-17, in Hamilton County, State of Ohio,

did make or caused to be made a telecommunication, or permit a telecommunication to be made

from a telecommunications device under his control, with the purpose to harass another person,

contrary to and in violation of Section 2917.21 of the Revised Code of Ohio, a

misdemeanor of the first degree.

The complainant states that this complaint is based on arrested was told by the victim to stop all communication with her and Officer Ploehs later advised him on 02-17-17 to stop as well. On 05-23-17 the arrested began emailing unwanted messages on a daily basis to the victim totalling 14 emails in all.

Sworn to and subscribed before me this 15th day of June, 2017.

BRENT A. McCURLEY
Notary Public, State of Ohio
My Commission Expires 10-16-2021
Public/Deputy Clerk/ Judge

Filed 6-15-17
AFTAB PUREVAL
(Clerk of Hamilton County Municipal Court)

By _____
Deputy Clerk

P.O. T. Ploehs #433
Complainant

4150 Reading Rd.

Cinti., Ohio 45229


D118523518 C


VERIFY RECORD