FILED
RICHARD W. NAGEL
CLERK OF COURT
20 APR -6 PM 1:50
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

In the United States District Court
For the Southern District of Ohio
Western Division (Cincinnati)

Bryan Kanu
  Plaintiff

v.

Stephanie Malof
  Defendant

Case No: 1:19CV806

J. Cole
M.J. SK-Bowman

**Plaintiff's Motion to Extend Time to Reply**

Now comes Plaintiff, Bryan Kanu, who hereby moves for an extension of thirty (30) days — up and until 5/18 — to file a reply to Defendant's Motion For Judgement On The Pleadings.

Plaintiff seeks this extension in order to give him time to get out of the Hamilton County Justice Center (expected release date: 4/21), as well as time to draft a response to the defendant's arguments. This extension will also be used to continue settlement discussions with the Defendant; Plaintiff and Defendant were in the process of negotiating terms when, on 2/7/20, Plaintiff was remanded to the Hamilton County Justice Center for a case he was in the process of appealing to the Supreme Court of Ohio for. Plaintiff, who was unable to complete his memorandum in support of Jurisdiction — due to his incarceration two weeks prior to the memo being due (2/21/20) — is hopeful that his unfortunate situation will not also impact the legal proceedings in this case, and asks the court to grant this extension in the interest of justice.

Respectfully Submitted,
Bryan Kanu

1

## Certificate of Service

This is to certify that a copy of this Motion to Extend Time to Reply is to be served on Counsel for the Defendant electronically by the Clerk of the Southern District of Ohio. at the time this document is received for filing. I certify it was mailed by U.S. regular mail from the Hamilton County Justice Center on April 3, 2020.

To whom it may concern:

Enclosed is a hand-drafted motion for case no. 1:19cv806 that I would greatly appreciate if you would file into the record of.

If there are any issues, ~~~~ kindly reply to:

Bryan Kanu
Inmate # 1706942
Hamilton County Justice Center
900 Sycamore St.
Cincinnati, Ohio 45202

with instructions on how I may file a document by mail. Your help and time are invaluable to me, so thank you in advance for your attention to this matter.

Sincerely,
Bryan Kanu

Bryan Kanu
Ident. #: 1706942
Hamilton County Justice Center
900 Sycamore St.
Cincinnati, Ohio 45202

LEGAL

FIRST-CLASS MAIL

US POSTAGE $000.50

ZIP 45202
041L12203305

Attn: Clerk's Office, S.D. of Ohio
Potter Stewart U.S. Courthouse
100 East Fifth Street
No. 103
Cincinnati, Ohio 45202