To the Clerk of the Southern District of Ohio:

    Enclosed is another filing in case no. 1:19CV806. I received confirmation from the defendant that my previous document was filed without issue, so I wanted to let you know that I really appreciate your help and attention to this matter. Without you, I would not know what to do.

    If there are any issues with this second document, please let me know via regular mail at the following address:

    Bryan Kanu
    JMS # 1706942
    Hamilton County Justice Center
    900 Sycamore Street
    Cincinnati, Ohio 45202

    I am wishing you and your staff good health during this period of global pandemic.

    Sincerely,
    Bryan Kanu

FILED
RICHARD W. NAGEL
CLERK OF COURT
20 APR 17 AM 11:0[?]
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Bryan Kerr
Inmate # 1706942
Hamilton County Justice Center
1000 Sycamore Street
Cincinnati, Ohio 45202

Potter Stewart U.S. Courthouse
100 East Fifth St.
No. 103
Cincinnati, Ohio 45202

US POSTAGE $000.50
ZIP 45202
041L12203304