# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO: WESTERN DIVISION

| | |
|---|---|
| BRYAN KANU<br>PLAINTIFF | Case No. 1:19CV806 |
| -vs- | Cole, J.; Bowman, M.J. |
| STEPHANIE MALOF,<br>DEFENDANT | **Plaintiff's Notice to Court of Settlement Agreement Between the Plaintiff and Defendant** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), notice is hereby given to the Court that the parties in the above-captioned case have agreed to resolve this case without needing to go to trial, and seek the dismissal of all claims against the defendant in the above-captioned case with prejudice.

Respectfully submitted,

_____     _s/ Jason W. Palmer by s/ Bryan Kanu per email authorization
Bryan Kanu                                                    Jason W. Palmer (0088336)
bryan.kanu18@gmail.com                             Faruki PLL
                                                                       201 E. 5th St., Suite 1420
Plaintiff                                                          Cincinnati, Ohio, 45202
                                                                       Tel: 513-632-0300
                                                                       jpalmer@ficlaw.com

                                                                       Counsel for Defendant

*Certificate of Service*

This is to certify that Counsel for Defendant was served with a copy of the **Plaintiff's Notice to Court of Settlement Agreement Between the Plaintiff and Defendant** on May 12, 2020.

Bryan Kano
5175 Mountview Ct.
Liberty Twp., Ohio 45011

U.S. District Court Clerk
100 E. 5th St
 #103
Cincinnati, Ohio 45202